UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 DEC 12 AM 9:33

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Tiffany KINNEY Underwood** )<br>)<br>Defendant )<br>_____) | Magistrate Case No. '07 MJ 2876<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>Title 8, U.S.C., Sec.<br>1324(a)(2)(B)(iii) -<br>Bringing in Aliens Without<br>Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on or about **December 11, 2007**, within the Southern District of California, defendant **Tiffany KINNEY Underwood**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely **Luis Manuel HERNANDEZ-Garcia AKA: Erwin SOTO-Anaya** had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF **December 2007**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Luis Manuel HERNANDEZ-Garcia AKA: Erwin SOTO-Anaya,** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On **December 11, 2007** at approximately 6:49 PM, **Tiffany KINNEY Underwood (Defendant)** made application for admission into the United States at the San Ysidro Port of Entry as the driver of a blue Cadillac Coupe De Ville. Defendant presented her expired California identification card to a Customs and Border Protection (CBP) Officer. Defendant also gave two negative customs declarations to the CBP officer. During an inspection of the vehicle, the CBP Officer noticed the rear seat of the vehicle appeared abnormal and subsequently escorted the vehicle and the driver to secondary for further inspection.

In secondary, a CBP Officer discovered and removed one male individual from a modified compartment under the rear seat of the vehicle. The male was determined to be a citizen of Mexico without entitlements to enter, pass-through, or reside in the United States. The male is now identified **Luis Manuel HERNANDEZ-Garcia AKA: Erwin SOTO-Anaya (Material Witness).**

During a videotaped proceeding, Defendant was advised of her Miranda Rights. Defendant acknowledged her rights and elected to answer questions without an attorney present. Defendant stated she purchased the vehicle yesterday for $850.00 (USD) in cash. Defendant stated she let two friends use the vehicle on two separate occasions after she purchased the vehicle yesterday, but that the vehicle was returned to her by 10:30AM on December 11, 2007. Defendant stated that she did not know there was anyone concealed under the rear seat of the vehicle.

A videotaped interview was conducted with Material Witness. Material Witness stated he is a citizen of Mexico without documents to lawfully enter or reside in the United States. Material Witness stated he made arrangements with an unknown male and was to pay $2300.00 to be smuggled into the United States. Material Witness indicated that he was placed under the seat of the vehicle by an unknown male. Material Witness stated he intended to travel to Los Angeles to work and be with family.