# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _07mj2876_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| _Tiffany Kinney Underwood_ | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,    **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

_Luis Manuel Hernandez-Borja_

DATED: _12/20/07_

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    **OR**
                    DUSM

**W. SAMUEL HAMRICK, JR.**   Clerk

by _____
                    Deputy Clerk