Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA 92024
(760) 634-1295
neiltroplaw@hotmail.com

FILED
2008 FEB -7 PM 4:08

CLERK US
SOUTHERN DIST...

BY RM  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY KINNEY-UNDERWOOD,<br><br>Defendant. | Case No.: 07CR3462JM<br><br>**ORDER TO EXONERATE BOND FOR MATERIAL WITNESS LUIS MANUEL HERNANDEZ-GARCIA AND TO DISBURSE FUNDS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Luis Manuel Hernandez-Garcia by the surety, Ruben Anaya, be exonerated. The $1,000 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Luis Manuel Hernandez-Garcia is to be released to the surety, Ruben Anaya at 8297 Cottonwood Ave., #19, Fontana, CA 92335.

**IT IS SO ORDERED:**

DATE: 2/6/08

_____
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT

REVISED ORDER TO EXONERATE BOND FOR MATERIAL WITNESS LUIS MANUEL HERNANDEZ-
GARCIA AND TO DISBURSE FUNDS